# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL WHITE, | 3:10-CV-0033-LRH (VPC) |
| Plaintiff, | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| v. | |
| CHRISTOPHER WHITE, et al., | |

This report and recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

In January 2010, plaintiff filed a letter dated December 16, 2009, and addressed "To Whom It May Concern" (#1-1). Attached to the letter are various exhibits including documents which purportedly evidence the sale of real property in Ione, California, numerous bank statements, and a death certificate (#s 1-3 & 1-4). Plaintiff failed to submit either a request to proceed *in forma pauperis* or the filing fee. Plaintiff also failed to submit a properly styled complaint.

On April 9, 2010, the court ordered plaintiff to submit either the full filing fee to initiate a civil action in the amount of $350 or an application to proceed *in forma pauperis* on or before May 7, 2010 (#2). Plaintiff was also ordered to submit a properly styled complaint by the same date. *Id.* Plaintiff was cautioned that failure to do so would result in a recommendation to the District Court to dismiss this action. *Id.* Plaintiff failed to respond to this court's order.

Based upon the foregoing, the undersigned magistrate judge recommends that this action be dismissed without prejudice.

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## RECOMMENDATION

For the reason stated above, the undersigned Magistrate Judge recommends that the District Court enter an order **DISMISSING** this action without prejudice.

DATED: August 2, 2010.

*Valerie P. Cooke*

_____
UNITED STATES MAGISTRATE JUDGE