UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| CAROL WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00033-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| CHRISTOPHER WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#3[1]) entered on August 2, 2010, recommending dismissing Plaintiff's complaint without prejudice, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on August 2, 2010, should be adopted and accepted.

///

---

[1] Refers to court's docket number.

1     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered on August 2, 2010, is adopted and accepted, and Plaintiff's complaint is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this 15th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE